UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

YAROSLAV ILNYTSKYY,

          Plaintiff(s),          Case No. 19-12268

v.          Honorable Paul D. Borman

EQUIPNET, INC., et al.,          Honorable Gershwin A. Drain

          Defendant(s).
_____/

**ORDER OF CASE REASSIGNMENT FOR DOCKET EFFICIENCY**

      Pursuant to E.D. Mich LR 83.11(b)(2), the Chief Judge may order a civil case to be reassigned, but only with the consent of the Judge to whom the case was originally assigned and with the consent of the Judge to whom it is to be reassigned. Therefore, for docket efficiency, the Clerk is directed to reassign this case from the docket of the Honorable **Paul D. Borman** to the docket of the Honorable **Gershwin A. Drain**.

          s/Sean F. Cox
          Chief Judge Sean F. Cox
          United States District Judge

          s/Paul D. Borman
          Paul D. Borman
          United States District Judge

          s/Gershwin A. Drain
          Gershwin A. Drain
          United States District Judge

      Pursuant to this order, case assignment credit will be given to the appropriate Judicial Officers.
      Case type: CIVIL

Date: April 18, 2023          s/Julie Owens
          Deputy Clerk

cc:    Parties and/or counsel of record
       Honorable Gershwin A. Drain