UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

YAROSLAV ILNYTSKYY,

          Plaintiff,

vs.

EQUIPNET, INC. and
CSLIQ CORPORATION,

          Defendants.

Case No. 19-cv-12268

Gershwin A. Drain
United States District Judge

F I L E D
NOV 0 8 2023
CLERK'S OFFICE
U. S. DISTRICT COURT
EASTERN MICHIGAN

---

CHRISTIAN P. COLLIS (P54790)
ROBERT M. GIROUX (P57966)
GIROUX TRIAL ATTORNEYS, PC
Attorneys for Plaintiff
28588 Northwestern Hwy., Suite 100
Southfield, MI 48034
(248) 531-8665 / Fax (248) 308-5540
ccollis@greatmiattorneys.com
rgiroux@greatmiattorneys.com

FRANK L. PARTIPILO (P31950)
ROWLING & PARTIPILO PC.
Co-Counsel for Plaintiff
701 Huron Ave.
Port Huron, MI 48060
(810) 985-7700
frankpartipilo@yahoo.com

DONALD C. BROWNELL (P48848)
RICK J. PATTERSON (P55706)
VANDEVEER GARZIA, PC
Attorney for Defendant
840 W. Long Lake Road, Suite 600
Troy, MI 48098
(248) 312-2800 / Fax (248) 879-0042
dbrownell@vgpclaw.com

---

## VERDICT FORM

We, the jury, answer the questions submitted as follows:

**QUESTION NO. 1**: Was Equipnet, Inc., and CSLIQ Corp, by way of its employee, Mateus Pambo, negligent in one or more ways claimed by Plaintiff?

Answer: yes (yes or no)

If your answer is "yes," go on to QUESTION NO. 2. If your answer is "no," do not answer any further questions.

**QUESTION NO. 2**: Was the plaintiff injured?

Answer: yes (yes or no)

If your answer is "yes," go on to QUESTION NO. 3. If your answer is "no," do not answer any further questions.

**QUESTION NO. 3**: Was Equipnet, Inc. and CSLIQ Corp's negligence, by way of their employee, Mateus Pambo, a proximate cause of any injuries claimed by the plaintiff?

Answer: yes (yes or no)

If your answer is "yes," go on to QUESTION NO. 4. If your answer is "no," do not answer any further questions.

**QUESTION NO. 4**: Was Yaroslav Ilnytskyy negligent in one or more of the ways claimed by Defendants?

Answer: no (yes or no)

If your answer is "yes," go on to QUESTION NO. 5. If your answer is "no," go on to QUESTION NO. 7.

**QUESTION NO. 5:** Was Yaroslav Ilnytskyy's negligence a proximate cause of any of the his injuries?

Answer: __no__ (yes or no)

If your answer is "yes" go on to QUESTION NO. 6.  If your answer is "no" go on to QUESTION NO. 7.

**QUESTION NO. 6:** Using 100 percent as the total, enter the percentage of negligence attributable to the

Defendants: __100__ percent.

Plaintiff: _____ percent

The total of these must equal 100 percent:TOTAL 100 percent.

**QUESTION NO. 7:**  If you find that the plaintiff has sustained economic damages for wage loss, medical expenses, household services, and attendant care etc. to the present date, give the total amount of damages to the present date?

Answer: $__505,831.41__

If you determined in QUESTION NO. 6 that plaintiff was more than 50 percent at fault, then do not answer any further questions. If you determined in QUESTION NO. 6 that plaintiff was 50 percent or less at fault, then go on to QUESTION NO. 8.

**QUESTION NO. 8:** If you find that plaintiff has sustained non economic damages for the dislocation of elbow with multiple fractures of ulna and radius, dislocation of shoulder joint with fracture of greater tuberosity of humerus, closed fracture of metatarsal bones, permanent ulnar nerve damage, concussion and post concussion headaches, permanent disability and disfigurement, pain and suffering, mental and emotional injury, fright and shock, denial of social pleasures and enjoyments to the present date, give the total amount of damages to the present date?

Answer: $ 4,000,000.00

After answering No. 8, please proceed to No. 9.

**QUESTION NO. 9:** If you find that plaintiff will sustain non economic damages in the future for the dislocation of elbow with multiple fractures of ulna and radius, dislocation of shoulder joint with fracture of greater tuberosity of humerus, closed fracture of metatarsal bones, permanent ulnar nerve damage, concussion and post concussion headaches, permanent disability and disfigurement, pain and suffering, mental and emotional injury, fright and shock, denial of social pleasures and enjoyments, give the total amount for each year in which the plaintiff will sustain damages.

2023: $ Ø

2024: $ Ø            2043: $ Ø

2025: $ Ø            2044: $ Ø

2026: $ Ø            2045: $ Ø

2027: $ Ø            2046: $ Ø

2028: $ Ø            2047: $ Ø

2029: $ Ø            2048: $ Ø

2030: $ Ø            2049: $ Ø

2031: $_____Ø_____

2032: $_____Ø_____

2033: $_____Ø_____

2034: $_____Ø_____

2035: $_____Ø_____

2036: $_____Ø_____

2037: $_____Ø_____

2038: $_____Ø_____

2039: $_____Ø_____

2040: $_____Ø_____

2041: $_____Ø_____

2042: $_____Ø_____

2050: $_____Ø_____

2051: $_____Ø_____

2052: $_____Ø_____

2053: $_____Ø_____

2054: $_____Ø_____

2055: $_____Ø_____

2056: $_____Ø_____

2057: $_____Ø_____

2058: $_____Ø_____

2059: $_____Ø_____

2060: $_____Ø_____

Signed,

s/Jury Foreperson

10/08/2023

Date