UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

YAROSLAV ILNYTSKYY,

      Plaintiff,                          Case No. 19-cv-12268

vs.                                   Gershwin A. Drain
                                     United States District Judge

EQUIPNET, INC. and
CSLIQ CORPORATION,

      Defendants.

_____/

## <u>**JUDGMENT IN A CIVIL CASE**</u>

This action having come before the Court and jury, and the Court having conducted a full trial on the merits, including the giving of opening and closing statements, calling witnesses, admitting exhibits, and all other indicia of a trial, and the Court having provided a verdict form to the Jury, and the Jury having found unanimously in favor of Plaintiff as shown by the verdict form filed November 8, 2023 (ECF No. 93) and the court being otherwise fully advised in the premises;

The total verdict was in favor of Plaintiff against Defendant in the amount of $4,505,831.41 broken down as follows:

Economic Damages………………………..….…$505,831.41

Non-Economic Damages…………………………$4,000,000.00

**IT IS ORDERED AND ADJUDGED** that JUDGMENT be and the same is hereby ordered in favor of the Plaintiff in the amount of **$4,505,831.41** - Total Judgment as of November 8, 2023.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction for the purpose of determining the amount of costs pursuant to Fed. R. Civ. P. 54(d)(1), prejudgment interest, and post judgment interest.

**IT IS FURTHER ORDERED** that post judgment interest from the date of entry of this judgment shall be computed daily to the date of payment and shall accrue at the legal rate and shall be compounded annually pursuant to 28 U.S.C. §1961.

SO ORDERED.

Dated: November 15, 2023                              s/Gershwin A. Drain_____
                                                     HON GERSHWIN A. DRAIN
                                                     United States District Judge