**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

100 EAST FIFTH STREET, ROOM 540
Kelly L. Stephens          POTTER STEWART U.S. COURTHOUSE          Tel. (513) 564-7000
Clerk                      CINCINNATI, OHIO 45202-3988            www.ca6.uscourts.gov

Filed: September 20, 2024

Mr. Donald C. Brownell
Vandeveer Garzia
840 W. Long Lake Road
Suite 600
Troy, MI 48098

Mr. Matthew D. Klakulak
Giroux Trial Attorneys
28588 Northwestern Highway
Suite 100
Southfield, MI 48034

Mr. Rick J. Patterson
Vandeveer Garzia
840 W. Long Lake Road
Suite 600
Troy, MI 48098

Re:  Case No. 24-1502*, Yaroslav Ilnytskyy v. Equipnet, Inc., et al*
     Originating Case No. : 2:19-cv-12268

Dear Sir or Madam,

   The Court issued the enclosed (Order/Opinion) today in this case.

                              Sincerely yours,

                              s/Connie A. Weiskittel
                              Mediation Administrator

cc:  Ms. Kinikia D. Essix

Enclosure

No mandate to issue

Case No. 24-1502

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

YAROSLAV ILNYTSKYY

    Plaintiff - Appellee

v.

EQUIPNET, INC.; CSLIQ CORPORATION

    Defendants - Appellants

    In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the

parties' stipulation to dismiss,

    It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules

of Appellate Procedure.

                                    **ENTERED PURSUANT TO RULE 33,**
                                    **RULES OF THE SIXTH CIRCUIT**
                                    Kelly L. Stephens, Clerk

    Issued: September 20, 2024